IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-D-2602 (PAC)

TRENA M. GREEN, an individual,

    Plaintiff(s),

v.

IHS ENERGY GROUP, a foreign limited liability company,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Motion for Entry of Stipulated Protective Order [filed April 27, 2005] is **GRANTED**. With the interlineation in paragraph 5(d), requiring the parties to move the Court for permission to file documents under seal, the attached Stipulated Protective Order on Confidentiality of Records shall be made an Order of the Court this date.

Dated:  July 5, 2005