# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-D-2602 (PAC)

TRENA M. GREEN,

      Plaintiff,

v.

IHS ENERGY GROUP,

      Defendant.

---

## STIPULATED PROTECTIVE ORDER ON CONFIDENTIALITY OF RECORDS

---

The parties hereby stipulate to the following:

1.      This action involves allegations of violation of 42 U.S.C. § 1981 and 42 U.S.C. § 2000e arising out of plaintiff's employment with defendant and the termination of that employment.

2.      Plaintiff seeks through discovery confidential company records, such as affirmative action plans, EEO-1 reports, and personnel records. Such records are not available to the public and are considered and treated by defendant as confidential. For identification purposes, each page of such documents will be stamped as "confidential."

3.      In light of the allegations of this case, plaintiff and defendant agree that these records may be relevant for discovery purposes. By producing these records in discovery neither plaintiff nor defendant takes any position on their admissibility for other purposes, including summary judgment and trial, such admissibility to be determined at the appropriate later time.

4.     Plaintiff may object to the designation of a particular confidential document by providing a written notice to defendant.  The notice to defendant shall identify the document objected to and the reasons for the objections.  If the parties cannot resolve the dispute, plaintiff may file a motion with the Court for a determination of whether the disputed document shall be protected by this stipulation.

5.     Plaintiff and her counsel agree as follows:

(a)     Any copies of defendant's documents shall remain confidential and not be disclosed by plaintiff or counsel for plaintiff to any person not legitimately connected with this lawsuit and only as provided herein;

(b)     These documents shall, without the necessity of further designation, be treated as confidential during the pendency of this action;

(c)     The control and distribution of these documents shall be the responsibility of the attorneys of record;

(d)   Any party must move the court to file documents under seal.

e.(d)     If either party wishes to use any document protected hereunder in connection with a pretrial motion, including a motion for summary judgment, the document shall be attached to the motion or other filing in an envelope marked confidential;

f (e)     If either party wishes to use any documents protected hereunder in connection with a deposition, the documents shall be stamped confidential and the court reporter shall designate the documents as protected and shall list the document as a confidential exhibit;

g (f)     If either party offers a document protected hereunder into evidence at trial, such document, if admitted, shall be, upon publication of same to the jury, and upon the jury's returning of the verdict, be placed into an envelope marked "confidential."

(g)     That upon conclusion of this litigation, any and all copies of these documents shall be returned to counsel for defendant, or shall be destroyed by plaintiff's counsel, who shall so certify to defendant's counsel.

6.     Either party may seek to amend this order to add other categories of documents to be designated "confidential" as circumstances warrant.

PR-26-2005 10:30 FROM:                    7203591599        TO:93038256525           P.2/2

**SO ORDERED:**

S/S PATRICIA ACSON
_____
Patricia A. Coan, United States Magistrate Judge

Dated: _____June 22_____, 2005.

**STIPULATED AND APPROVED:**

_____
Nelson G. Alston, Esq.
600 17th St. Suite 2800 S
Denver, Colorado 80202
(720)-904-9179

Attorney for plaintiff

Dated: 4/26/05

_____
P. Kathleen Lower

OTTEN, JOHNSON, ROBINSON, NEFF & RAGONETTI, P.C.
950 17th Street, Suite 1600
Denver, CO 80202
(303) 825-8400

Attorney for defendant

Dated: 4/27/05