IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02602-WYD-PAC

TRENA M. GREEN, an individual,

      Plaintiff(s),

v.

IHS ENERGY GROUP, a foreign limited liability company,

      Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Motion to Compel [filed June 1, 2005] is **denied as moot** due to the parties' settlement.

      IT IS **ORDERED** that the Scheduling Order including the Final Pretrial Conference set for November 18, 2005; and the Motions Hearing set for September 2, 2005 are **vacated.**

      IT IS **FURTHER ORDERED** that counsel shall file their Stipulation for Dismissal with the Court on or before **September 12, 2005.**

Dated:  August 30, 2005