IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-D-2602 (PAC)

TRENA M. GREEN, an individual,

    Plaintiff,

v.

IHS ENERGY GROUP, a foreign limited liability company,

    Defendant.

---

### **ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed September 13, 2005. The Court, having reviewed the Joint Stipulation and being fully advised in the premises, hereby

ORDERS that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

 Dated: September 15, 2005

                                           BY THE COURT:

                                           s/ Wiley Y. Daniel
                                           Wiley Y. Daniel
                                           U. S. District Judge